IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:19MC

IN RE:   MANDATORY TRAINING FOR ALL CJA PANEL
ATTORNEYS REGARDING USING EVOUCHER FOR SERVICE
PROVIDER FUNDING MATTERS

---

**THIS MATTER** is before the Court as an effort to increase the ease and efficiency of obtaining funding for CJA cases. This Court has decided to begin using eVoucher, rather than CM/ECF, for all funding matters regarding service providers beginning October 1, 2019. ***This will apply to all cases; budgeted and non-budgeted.***

**IT IS ORDERED** that all CJA Panel Attorneys (including CJA Training Panel Attorneys) attend *mandatory* training that will be sponsored by the Federal Public Defender's office and the District Court. Training will be taught by Larry Dash, Fourth Circuit Case Budgeting Attorney. Two training sessions will be available in Charlotte on September 25, 2019 at 11:00 a.m. and 5:00 p.m. One training session will be available in Asheville on September 26, 2019 at 12:00 P.M. Locations will be announced shortly.

Please register for your chosen date and time by emailing NCWCJAAdmin@fd.org. The Federal Public Defender's office has requested one (1) hour of technology training CLE credit from the North Carolina State Bar for this mandatory training.

**This training is mandatory**.  Panel members who fail to complete the training will not receive additional cases until this training is completed.  If a CJA Panel Attorney is unable to attend for a valid reason (such as trial or secured leave), please email Federal Defender Tony Martinez ([Anthony_Martinez@fd.org](Anthony_Martinez@fd.org)) by close of business on September 20, 2019.for permission to complete the training at a later time.

Frank D. Whitney
Chief United States District Judge